# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

**David E. Patton**
*Executive Director
and Attorney-in-Chief*

November 19, 2019

**BY ECF AND EMAIL**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square Room 2103
New York, New York 10007

Re: **United States v. Brent Borland**
    **18 Cr. 487 (KPF)**

Dear Judge Failla:

I respectfully write on behalf of my client Brent Borland, to request a modification of his bail conditions to allow Mr. Borland to travel to the Middle District of Florida with his family to spend the Thanksgiving holiday with his wife's parents. The expenses are being paid by his parents and he will stay at their home. He would like to depart on November 21, 2019 and return on November 30, 2019, I have spoken with Negar Tekeei, Esq., on behalf of the Government, as well as Donna Mackey on behalf of the Pretrial Services Agency, and they consent to this application.

Respectfully submitted,

Robert M. Baum
Assistant Federal Defender

Dated: November 19, 2019
       New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

cc: Edward Imperatore, Esq.
    Negar Tekeei, Esq.
    Assistant United States Attorneys

    Donna Mackey
    Pretrial Services Agency