

**MEMO ENDORSED**

March 3, 2020

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re: <u>United States v. Brent Borland, 18-CR-487</u>

Dear Judge Failla,

  I write to respectfully request the Court to temporarily modify the conditions of Mr. Borland's bond to permit him to travel to Austin and San Antonio, Texas, on March 9, 2020, returning to New York on March 13, 2020. Mr. Borland plans to see family and a close friend during the visit. As he has during previous travel, Mr. Borland will keep Pretrial Services fully apprised of his itinerary.

  I have discussed this request with Officer Mackey from Pretrial Services and the government, and both consent. Thank you very much for your consideration.

            Sincerely,

            /s/

            Florian Miedel
            *Attorney for Brent Borland*

cc: AUSA Edward Imperatore
   AUSA Negar Tekeei
   Pretrial Services Officer Mackey

Application GRANTED.

Dated: March 3, 2020
   New York, New York

SO ORDERED.

*Katherine Polk Failla* (signature)

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com