UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>BRENT BORLAND,<br><br>　　　　　　　　　　Defendant. | 18 Cr. 487 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    Defendant Borland submitted a supplemental sentencing submission on June 16, 2020. (Dkt. #71). The Government is hereby ORDERED to respond on or before **July 8, 2020**. Defendant Borland may submit a reply to the Government's submission on or before **July 15, 2020**.

    SO ORDERED.

Dated:  June 17, 2020
           New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge