



July 15, 2020

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     United States v. Brent Borland, 18 Cr. 487 (KPF)

Dear Judge Failla,

    I write to request a brief extension of the due date for Mr. Borland's reply to the government's July 8 response to our June 16 Supplemental Memorandum in Support of Mr. Borland's argument that application of the "credit for loss" provision set forth in Application Note 3(E)(ii) to USSG § 2B1.1 applies in his case. I apologize for the late hour of this request, but during the last 24 hours we have experienced some communication difficulties with our client (given that everyone is working remotely) that have impeded completion of the memorandum, and we therefore respectfully ask for an additional two days to file our submission.

    The government consents to this request.

    Thank you for your consideration.

.

                                                     Respectfully submitted,

                                                           /s/

                                                     Florian Miedel
                                                     *Attorney for Brent Borland*

Cc:     All Counsel

```
Application GRANTED.                        SO ORDERED.



Dated:  July 15, 2020
        New York, New York                  HON. KATHERINE POLK FAILLA
                                            UNITED STATES DISTRICT JUDGE
```

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com