UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>BRENT BORLAND,<br><br>Defendant. | 18 Cr. 487 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Defendant Borland's sentencing submissions regarding the calculation of loss amount pursuant to the United States Sentencing Guidelines (*see* Dkt. #47, 56, 71, 76), as well as the Government's responses (*see* Dkt. #55, 73).  The parties are hereby ORDERED to appear for a videoconference on **August 4, 2020 at 2:00 p.m.**

The conference will proceed via videoconference, with audio access as follows: Dial-in: (917) 933-2166; Conference ID: 125325744.  The Court will provide instructions for accessing the conference for video participants separately.

SO ORDERED.

Dated:  July 21, 2020
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge