

MEMO ENDORSED

September 14, 2020

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   <u>United States v. Brent Borland, 18 Cr. 487 (KPF)</u>

Dear Judge Failla,

  On May 16, 2018, Magistrate Judge Moses released Mr. Borland on a $2 million bond, secured by property and the signatures of suretors.  As part of his conditions of release, Mr. Borland's travel is limited to the Eastern and Southern Districts of New York.  To date, Mr. Borland has been fully compliant with all conditions of his bond.  I write, with the consent of the government and Pretrial Services, to permit Mr. Borland to travel to and from SDNY/EDNY to the Southern District of Florida, to reside in the Southern District of Florida, and to be supervised by Pretrial Services in SDFL.

  Mr. Borland's father in law, a retired physician, lives in West Palm Beach, and his health is deteriorating.  For years, he has been living alone in a condominium, but he can no longer take care of himself sufficiently.  Mr. Borland's sister-in-law, who lives nearby, has been doing the lion's share of support, but cannot do it all alone.  Mr. Borland, his wife and children, would like to move to West Palm Beach to take care of him.  The plan would be to live with Mr. Borland's mother in law until an apartment or condominium can be rented to accommodate the family and his father in law.  This way Mr. Borland and his wife can provide constant support for her father, who increasingly needs it.

  As noted, both the government and Pretrial Services consent to this request.  Moreover, Pretrial Services has advised that if the Court grants the request, Mr. Borland's supervision will be transferred to the Southern District of Florida.  The parties agree that all other conditions of Mr. Borland's bond would remain the same.  Accordingly, I respectfully ask the Court to expand Mr. Borland's conditions of release to included travel to, and residency in, the Southern District of Florida.

  Thank you for your consideration.

Respectfully,

/s/

Florian Miedel
*Attorney for Brent Borland*

Application GRANTED. Mr. Borland's conditions of release are hereby modified to permit Mr. Borland to travel between the Southern and Eastern Districts of New York and the Southern District of Florida, to reside in the Southern District of Florida, and to be supervised by Pretrial Services in SDFL.

Dated: September 15, 2020
      New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE