UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>BRENT BORLAND,<br><br>                    Defendant. | 18 Cr. 487 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Defendant's Motion for Compassionate Release and Sealing. (Dkt. #124). The Government is hereby ORDERED to file a response to Defendant's motion on or before **January 29, 2024**.

The Court further GRANTS Defendant's Motion to Seal. The Clerk of Court is directed to seal docket entry 124, viewable only to the parties and the Court.

SO ORDERED.

Dated:  December 14, 2023
        New York, New York

───────────────────────────
KATHERINE POLK FAILLA
United States District Judge