UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v.-

BRENT BORLAND,

Defendant.

---

18 Cr. 487 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Mr. Borland's July 9, 2024 letter (Dkt. #137), submitted in further support of his Motion for Compassionate Release (Dkt. #124), addressing, among other issues, the "twenty-three (23) months [that were] earned by and [are] owed to Mr. Borland towards RRC/HC pursuant to federal law" and the concomitant failure of "BOP Staff … to place Mr. Borland in RRC/HC on or before March 10, 2024."

The Government is hereby ORDERED to file a response to all of the concerns raised by Mr. Borland in his letter on or before **July 26, 2024**.

SO ORDERED.

Dated: July 10, 2024
New York, New York

*Katherine Polk Failla*

KATHERINE POLK FAILLA
United States District Judge